[No. 37736-1-I.    Division One.    July 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JOSEPH ARNOLD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-05200-4, Marsha J. Pechman, J., entered October 25, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38296-9-I.    Division One.    July 7, 1997.]

*In the Matter of the Marriage of* GAYLE M. JOHNSON, *Appellant*, and NED G. JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 86-3-04325-3, Marsha J. Pechman, J., entered May 11, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 38307-8-I.    Division One.    July 7, 1997.]

RICHARD SCOTT FALLON, *Respondent*, v. RICHARD LEE MEREDITH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-11810-1, Jim Bates, J., entered March 7, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38461-9-I.    Division One.    July 7, 1997.]

GREGHOLM LIMITED PARTNERSHIP, ET AL., *Appellants*, v. JON SOTH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 94-2-00018-1, Joan H. McPherson, J., entered March 27, 1996. *Affirmed* by unpublished per curiam opinion.